

## Declaration of Intention
## Between the State of Florida and the Republic of France
## On the shipwrecks of Jean Ribault's fleet

Recalling that the French expeditions to Florida led by Jean Ribault, captain of the flagship *Trinité*, are among the first episodes of the European presence in North America, and that studying them has therefore a major historical relevance,

Committed to the preservation and conservation of the vestiges of the *Trinité* discovered off the coast of Cape Canaveral, in order to transmit to future generations historical testimonies of this exploration of Florida by Jean Ribault,

Considering that the history of that period is already presented to the public on various locations in northern Florida,

Recalling the decision by the United States District Court, Orlando Division, on June 29, 2018, that became final on July 31, 2018, in which the Court determined that the vestiges of the *Trinité*, wreck from a State military fleet, is the sovereign and imprescriptible property of the Republic of France, and authorized the Republic of France and those acting on its behalf to begin recovery operations,

Willing, to this end, to establish a cooperation concerning research on, and protection and presentation of the shipwreck of the *Trinité*,

The signatories declare their intention to:

1/ Pursue the following common objectives:

a) Protect the archeological site off the coast of Cape Canaveral, State of Florida, where the shipwreck of the *Trinité* and of other vessels from its fleet are located, particularly in consideration of its historical relevance and to prevent any form of plundering of the cultural and historical heritage present on the site;

b) Recover this historical and cultural heritage and present those discoveries to the general public in Florida, for example through temporary or permanent exhibitions or through publications;

c) Promote the common history of the United States and France in Florida;

2/ Cooperate through the following modalities:

a) Consulting throughout the process of study and preservation of the vestiges of the *Trinité*, which will include in particular the study and recovery of the shipwreck of the *Trinité* and of the other shipwrecks from its fleet and the related activities aiming to identify, preserve and commemorate this heritage.

b) Establishing a steering committee associating the State of Florida and the Republic of France.

France will be represented by:

- its ambassador in Washington or his/her representative;
- the consul general of France in Miami;
- and the representatives of other relevant national administrations as appropriate – in particular the Underwater Archeological Research Department (DRASSM) of the French ministry of Culture.

The State of Florida will be represented by its Secretary of State or his/her representative.

Representatives from the relevant American federal departments may also be associated as appropriate.

c) Identifying, evaluating, mobilizing and overseeing public and/or private resources and organizations which will enable the fulfillment of the above-mentioned common objectives.

Made in Tallahassee, on December 13, 2018, in two original copies, in English and French.


For the State of Florida

Kenneth W. Detzner
Secretary of State

For the Republic of France

Clément Leclerc
Consul general in Miami

 

Déclaration d'Intention
entre la République française et l'Etat de Floride
relative aux épaves de la flotte de Jean Ribault

Rappelant que les expéditions françaises en Floride emmenées par Jean Ribault, Capitaine du navire amiral la *Trinité*, constituent l'un des premiers épisodes de la présence européenne en Amérique du Nord, et qu'à ce titre leur étude revêt un grand intérêt historique,

Attachés à la préservation et à la conservation des vestiges de la *Trinité* découverts au large de Cap Canaveral, afin de transmettre aux générations futures des témoignages historiques de cette exploration de la Floride par Jean Ribault,

Considérant que l'histoire de cette période est d'ores et déjà présentée au public sur plusieurs sites du nord de la Floride,

Rappelant la décision rendue par la Cour d'Orlando (*US district Court, Orlando Division*) le 29 juin 2018, devenue définitive le 31 juillet 2018, reconnaissant que les vestiges de la *Trinité*, épave d'une flotte militaire d'Etat, est la propriété souveraine et imprescriptible de la France, et donnant autorisation à la France et à ceux qui agiront pour son compte de commencer les opérations de récupération,

Souhaitant, dans ce but, mener une coopération en matière de recherche, de protection et de mise en valeur de l'épave de la *Trinité*,

Les signataires déclarent leur intention de :

1/ Poursuivre les objectifs communs suivants:

a) Protéger le site archéologique situé au large de Cap Canaveral, Etat de Floride, au sein duquel se trouvent les vestiges de la *Trinité*, et d'autres navires de sa flotte, notamment au regard de son intérêt historique et aux fins d'empêcher toute forme de pillage des ressources patrimoniales, culturelles et historiques présentes ;

b) Valoriser ce patrimoine historique et culturel commun et présenter au grand public en Floride ces découvertes, par exemple par l'organisation d'expositions temporaires ou permanentes ou de publications ;

c) Mettre en valeur l'histoire commune de la France et des Etats-Unis en Floride ;

2/ Coopérer selon les modalités suivantes :

a) Se concerter tout au long du processus d'étude et de conservation des vestiges de la *Trinité*, comprenant notamment l'étude et la mise en valeur des vestiges de la *Trinité* et des autres épaves de sa flotte et les activités connexes visant à identifier, préserver et commémorer ce patrimoine.

b) Etablir un comité de pilotage associant la France et l'Etat de Floride.

La France sera représentée par :
- l'ambassadeur à Washington ou son représentant ;
- le consul général de France à Miami ;
- ainsi que les représentants des autres administrations nationales concernées en tant que de besoin – en particulier le Département des recherches archéologiques subaquatiques et sous-marines (DRASSM), service à compétence nationale du ministère français de la Culture.

L'Etat de Floride sera représenté par le Secrétaire d'Etat ou son représentant.

Des représentants des administrations fédérales américaines concernées pourront également être associés en tant que de besoin.

c) Recenser, évaluer, mobiliser et superviser les ressources et les organismes publics et/ou privés qui permettront la réalisation des objectifs communs décrits ci-dessus.

Fait à Tallahassee, le 13 décembre 2018, en deux exemplaires originaux, en langue française et anglaise.

Pour la République française :

Clément Leclerc
Consul général de France à Miami

Pour l'Etat de Floride :

Kenneth W. Detzner
Secrétaire d'Etat