UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| GLOBAL MARINE EXPLORATION, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> REPUBLIC OF FRANCE, <br><br> *Defendant*. | Case No. 4:20-cv-00181-AW-MJF |

**MOTION TO APPEAR PRO HAC VICE**

Pursuant to Local Rule 11.1(C), undersigned counsel, James A. Goold, moves to appear before this Court *pro hac vice* on behalf of the Republic of France in the above-captioned matter.  Mr. Goold is of counsel in the firm of Covington & Burling LLP in Washington, D.C. and is a member in good standing of the District of Columbia bar.  Mr. Goold's certificate of good standing from the District of Columbia bar is attached to this motion as Exhibit 1.

Mr. Goold hereby certifies that he is familiar with the CM/ECF filing system and the Local Rules of the United States District Court for the Northern District of Florida.  Mr. Goold completed the Attorney Admission Tutorial and received the following confirmation number:  FLND15955419373597.

July 24, 2020                                        Respectfully submitted,

/s/ James A. Goold
James A. Goold
D.C. Bar No. 430315
COVINGTON & BURLING LLP
One CityCenter
850 10th Street NW
Washington, DC 20001
Tel.: 202-662-5507
Fax: 202-778-5507
jgoold@cov.com

*Counsel for the Republic of France*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| GLOBAL MARINE EXPLORATION, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> REPUBLIC OF FRANCE, <br><br> *Defendant.* | Case No. 4:20-cv-00181-AW-MJF |

## [PROPOSED] ORDER

Upon consideration of the Motion to Appear Pro Hac Vice filed on behalf of Defendant Republic of France, it is hereby ORDERED that James A. Goold be admitted *pro hac vice* as counsel for the Republic of France.

DONE AND ORDERED in Tallahassee, Florida, this _____ day of _____, 2020.

_____
United States District Court for the
Northern District of Florida