IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**GLOBAL MARINE EXPLORATION, INC.,**

    **Plaintiff,**

v.                                                           Case No. 4:20-cv-181-AW-MJF

**REPUBLIC OF FRANCE,**

    **Defendant.**

_____/

## **INITIAL SCHEDULING ORDER**

The Eleventh Circuit has vacated the order of dismissal and remanded for further proceedings. The mandate was docketed in this court today. ECF No. 45. Accordingly, the court issues this initial scheduling order.

1. Defendant must respond to the complaint within 14 days.

2. The parties' deadline for their Rule 26(f) conference is July 8, 2022. At the conference, the attorneys must address the matters set out in Rules 16(b)(3)(A), 16(b)(3)(B), 16(c)(2), 26(f)(2), and 26(f)(3). The Plaintiff must take the initiative in setting up the conference, but all parties share responsibility in ensuring that the conference takes place by the deadline. The attorneys may meet telephonically, by video conference, or in person. Written exchanges are insufficient.

3. The deadline to file the Rule 26(f) report is July 15, 2022. The report must address the matters set out in Rules 16(b)(3)(A), 26(f)(2), and 26(f)(3), and it may address any other scheduling or case-management issues.

4. Unless the parties agree otherwise (and report the agreement in their Rule 26(f) report)—or unless the court orders otherwise—these are the deadlines for Rule 26 disclosures:

    a. Rule 26(a)(1) initial disclosures: 14 days after the Rule 26(f) conference;

    b. Rule 26(a)(2) disclosures: the deadline Rule 26(a)(2)(D) imposes;

    c. Rule 26(a)(3) disclosures: the deadline set in an order for pretrial conference (to be entered later) or, if no such order is entered, the deadline set out in Rule 26(a)(3)(B).

5. The parties may begin discovery after their Rule 26(f) conference. Unless otherwise ordered after review of the parties' Rule 26(f) report, the deadline to complete discovery will be December 9, 2022, and the trial will be during the two-week period that begins on April 4, 2023. The parties may seek earlier dates, but they should not seek later dates unless they detail in their Rule 26(f) report good cause for an extended schedule.

6. Any party with a conflict for the trial date must file a notice within ten days from the date of this order.

7. Discovery materials and Rule 26(a)(1) and (2) disclosures must be served but must not be filed, except as required by Local Rule 26.1(A).

8. Motions to compel discovery may be filed no later than 30 days before the close of discovery. (The court will entertain a motion after this deadline only if the movant shows reasonable diligence during the discovery period and the dispute in question arose during the last 30 days of discovery.)

9. Any motion to compel discovery must include a certificate of conference, detailing efforts to resolve the issue without court involvement. No motion to compel discovery (or response to any such motion) may exceed seven pages without leave of court.

10. The deadline for any summary judgment or dispositive motion is 21 days after the end of discovery. Local Rule 56.1 applies to summary judgment motions. In addition, parties must follow these procedures for all summary judgment motions:

   a. Parties must first file a notice listing exhibits to be filed in support of (or in opposition to) summary judgment. The exhibits themselves must be filed as attachments to the notice. (Exhibits that cannot be filed on CM/ECF (*e.g.*, video files) may be submitted to the clerk.)

   b. The filing party must then file the summary judgment motion (or response) citing to the ECF number for each referenced exhibit, along with the pertinent page number.

   c. Any deposition transcript filed must be filed in text searchable form.

SO ORDERED on June 17, 2022.

                                        s/ *Allen Winsor*
                                        United States District Judge