# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**GLOBAL MARINE EXPLORATION, INC.,**

    **Plaintiff,**

**v.**                                                    **Case No. 4:20-cv-181-AW-MJF**

**REPUBLIC OF FRANCE,**

    **Defendant.**

_____/

## AMENDED[1] ORDER GRANTING MOTION TO AMEND SCHEDULE

Defendant's unopposed motion to amend the scheduling order (ECF No. 47) is GRANTED to this extent: the deadline for the parties' Rule 26(f) meeting is extended to October 7, and the deadline to file the Rule 26 Meeting Report is extended to October 14. Discovery may begin after the meeting. The court will adjust the discovery deadline and trial date after reviewing the parties' report.

Defendant's deadline to respond to the complaint is extended to October 7.

SO ORDERED on June 21, 2022.

s/ *Allen Winsor*
United States District Judge

---

[1] This order supersedes yesterday's order (ECF No. 48), which, because of my oversight, did not extend the deadline to respond to the complaint.